1  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
2  Eric E. Wall (Bar No. 248692)
   ericwall@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6
   David A. Nelson
7  davenelson@quinnemanuel.com
   Amanda S. Williamson
8  amandawilliamson@quinnemanuel.com
   Robert R. Cleary, Jr.
9  robertcleary@quinnemanuel.com
   Aaron Perez-Daple
10 aaronperezdaple@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
11 500 West Madison Street, Suite 2450
   Chicago, IL 60661
12 Telephone: (312) 705-7400
   Facsimile: (312) 705-7401
13
   Attorneys for Symantec Corporation
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

19 SYMANTEC CORPORATION,                    Case No.  3:11-cv-05310 EMC

20                Plaintiff,                **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT FOR PATENT INFRINGEMENT**
   v.
21
   ACRONIS, INC.,
22
                  Defendant.
23

24

25

26

27

28 03869.30068/4459823.1
   Case No.  3:11-cv-05310-EMC                STIPULATION FOR EXTENSION OF TIME TO FILE
                                               RESPONSE TO COMPLAINT

1  WHEREAS, on November 3, 2011, Plaintiff Symantec Corporation ("Symantec") served a Complaint of Patent Infringement on Defendant Acronis, Inc. ("Acronis");

WHEREAS Acronis has now requested, and Symantec does not oppose, an extension of time for Acronis to respond to Symantec's Complaint for Patent Infringement;

THEREFORE Symantec HEREBY STIPULATES AND AGREES that: Acronis shall have until December 23, 2011 to respond to Symantec's Complaint for patent Infringement.

Dated: November 22, 2011

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/*

Jennifer A. Kash (Bar No. 203679)

Attorneys for Plaintiff Symantec Corp.

03869.30068/4459823.1
Case No. 3:11-cv-05310-EMC                STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT