1  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
2  Eric E. Wall (Bar No. 248692)
   ericwall@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6
   David A. Nelson
7  davenelson@quinnemanuel.com
   Amanda S. Williamson
8  amandawilliamson@quinnemanuel.com
   Robert R. Cleary, Jr.
9  robertcleary@quinnemanuel.com
   Aaron Perez-Daple
10 aaronperezdaple@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
11 500 West Madison Street, Suite 2450
   Chicago, IL 60661
12 Telephone: (312) 705-7400
   Facsimile: (312) 705-7401
13
   Attorneys for Symantec Corporation
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

19  SYMANTEC CORPORATION,                      Case No.  3:11-cv-05310 EMC

20                   Plaintiff,                **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT FOR PATENT INFRINGEMENT** ; ORDER
    v.
21
    ACRONIS, INC.,
22
                     Defendant.
23

24

25

26

27

28  03869.30068/4459823.1
    **Case No.  3:11-cv-05310-EMC**                    S<small>TIPULATION FOR</small> E<small>XTENSION OF</small> T<small>IME  TO</small> F<small>ILE</small>
                                                        R<small>ESPONSE TO</small> C<small>OMPLAINT</small>

1  WHEREAS, on November 3, 2011, Plaintiff Symantec Corporation ("Symantec") served a Complaint of Patent Infringement on Defendant Acronis, Inc. ("Acronis");

WHEREAS Acronis has now requested, and Symantec does not oppose, an extension of time for Acronis to respond to Symantec's Complaint for Patent Infringement;

THEREFORE Symantec HEREBY STIPULATES AND AGREES that: Acronis shall have until December 23, 2011 to respond to Symantec's Complaint for patent Infringement.

Dated: November 22, 2011

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/
_____
Jennifer A. Kash (Bar No. 203679)

Attorneys for Plaintiff Symantec Corp.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

03869.30068/4459823.1
Case No. 3:11-cv-05310-EMC

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT