1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
3  50 California St., 22nd Floor
   San Francisco, CA 94111
4  Telephone: 415 875-6600
   Facsimile:  415 875-6700

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Symantec Corp., | Case No.  3:11-cv-05310 EMC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME UNTIL JANUARY 6, 2012 TO FILE RESPONSE TO COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| Acronis, Inc., | ORDER |
| Defendant. | |

03869.30068/4518490.1
**Case No.  3:11-cv-05310-EMC**   S\TIPULATION FOR E\XTENSION OF T\IME  TO F\ILE
R\ESPONSE TO C\OMPLAINT

**STIPULATION**

WHEREAS, on November 3, 2011, Plaintiff Symantec Corporation ("Symantec") served a Complaint for Patent Infringement on Defendant Acronis, Inc. ("Acronis");

WHEREAS on November 28, 2011, this Court, pursuant to the parties' stipulation, granted Acronis an extension of time to respond to the Complaint until December 23, 2011;

WHEREAS Acronis has now requested an additional extension of time until January 6, 2012 to assess Symantec's claims and prepare a response to the Complaint, especially in view of the holiday season.

THEREFORE Symantec HEREBY STIPULATES AND AGREES that: Acronis shall have until and including January 6, 2012 to respond to Symantec's Complaint for Patent Infringement.

Dated: December 21, 2011               Respectfully submitted,

                                       QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                       */s/ Jennifer A. Kash*

                                       Jennifer A. Kash (Bar No. 203679)
                                       Attorneys for Plaintiff Symantec Corp.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

03869.30068/4518490.1

Case No. 3:11-cv-05310-EMC              STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT