Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

John W. Thornburgh (SBN 154627/thornburgh@fr.com)
Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Alex Gelberg (SBN 279989/gelberg@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>ACRONIS, INC.,<br><br>          Defendant. | Case No. 3:11-cv-05310 EMC<br><br>STIPULATION AND [PR~~OPO~~SED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    Court Processes:

        ☐    Non-binding Arbitration (ADR L.R. 4)

        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)

        ☐    Mediation (ADR L.R. 6)

    Private Process:

        ☒    Private ADR.  The parties elect to mediate this case through JAMS

1   The parties agree to hold the ADR session by:

2   ☐   the presumptive deadline (The deadline is 90 days from the date of the order

3   referring the case to an ADR process unless otherwise ordered. )

4   ☒   within two weeks of the Court's claim construction order.

Dated: February 3, 2012

*/s/ Jennifer Kash*_____
Jennifer Kash
Attorney for Plaintiff Symantec Corporation

Dated: February 3, 2012

*/s/ Jerry T. Yen*_____
Jerry T. Yen
Attorney for Defendant Acronis

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

    /s/   Kate E. Cassidy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

        Plaintiff,

  vs.

ACRONIS, INC.,

        Defendant.

Case No. 3:11-cv-05310 EMC

STIPULATION AND [PROP̶O̶SED] ORDER SELECTING ADR PROCESS

[PR̶O̶POSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☒ within two weeks of the Court's claim construction order.

IT IS SO ORDERED.

Dated: 2/7/12 _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA