**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** | April 13, 2012 | **Time:** 9:09-9:19 |
| **Case No. and Name:** | C11-5310 EMC Symantec v. Acronis (and consolidated case C112-1062 EMC Symantec v. Acronis) | |
| **Attorneys:** | Jennifer Kash for Plaintiff<br>Tom Halkowski and Olga May for Defendant | |
| **Deputy Clerk:** | Betty Lee | |

**PROCEEDINGS:**

- Case Management Conference

**SUMMARY:**

- Defendant's disclosure of asserted claims remains to be due on 4/20/12. Plaintiff's disclosure of invalidity contentions remains to be due on 4/23/12. Deadlines for disclosure of related documents extended by two weeks. Acronis International GmbH to be added as additional defendant per stipulation. Service deem effectual. Plaintiff to submit proposed order to Court. Parties shall meet and confer to agree on a discovery plan and to submit a joint letter to the Court on unresolved dispute.

Further CMC is set for 6/22/12 at 10:30 a.m. An updated joint CMC Statement shall be filed by 6/15/12.