1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>ACRONIS, INC.,<br><br>        Defendant. | Case No. 3:11-cv-05310 EMC<br>[Consolidated for all purposes with<br>Case No. CV12-01062 PSG]<br><br>Honorable: Edward M. Chen<br><br>**[~~PROPOSED~~] ORDER GRANTING<br>EXTENSION OF CERTAIN DATES** |

IT IS HEREBY ORDERED:

1.      The Disclosure of Asserted Claims on Patents Asserted by Acronis,

Inc. and Acronis GmbH International. pursuant to Patent L.R. 3-1 remains due on

Friday, April 20, 2012.

2.      The deadline for document production accompanying the Disclosure of

Asserted Claims shall be extended from its present due date of April 20, 2012 to the

new date of May 4, 2012.

03869.30068/4714328

3.       The disclosure of Invalidity Contentions on Patents Asserted by Symantec in this action pursuant to Patent L.R. 3-3 and the deadline for document production accompanying such disclosure pursuant to Patent L.R. 3-4 shall be extended from its present due date of April 23, 2012 to the new date of  May 7, 2012.  The Patent L.R. 3-3 disclosure and L.R. 3-4 production shall be made by both Acronis, Inc. and Acronis GmbH International.

4.       The Claim Construction Hearing shall be moved from November 2, 2012 to the new dates of November 19, 2012 from 2:30 PM to 4:30 PM and November 20, 2012 from 9:30 AM to 1:00 PM.

DATED: _____        April 20, 2012



By: _____
Judge Edward M. Chen
United States District Judge