UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff and Counterclaim Defendant,

vs.

ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,

    Defendants and Counterclaimants.

Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)

Honorable: Edward M. Chen

**[PR~~OP~~OSED] ORDER REGARDING SYMANTEC'S SECOND AMENDED COMPLAINT ADDING ACRONIS INTERNATIONAL GMBH AS DEFENDANT AND CONSOLIDATING PATENTS-IN-SUIT INTO ONE COMPLAINT**

IT IS HEREBY ORDERED:

1.    Symantec's Second Amended Complaint is to be filed adding Acronis International GmbH as a defendant and incorporating all five of Symantec's patents-in-suit..

DATED: May 9, 2012

By: _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*