UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,<br><br>    Defendants and Counterclaimants. | Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)<br><br>Honorable: Edward M. Chen<br><br>**STIPULATION TO EXTEND SYMANTEC'S TIME TO FILE A RESPONSE TO ACRONIS'S AMENDED ANSWER AND COUNTERCLAIMS** |

IT IS HEREBY ORDERED:

1. Symantec's time to respond to Acronis's May 23, 2012 pleading shall be extended to June 13, 2012.

DATED: June 7, 2012

By: _____

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND SYMANTEC'S TIME TO FILE A RESPONSE TO ACRONIS'S AMENDED ANSWER AND COUNTERCLAIM

Case No. 3:11-cv-05310 EMC