# SYMANTEC EXHIBIT 1

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7442**

WRITER'S INTERNET ADDRESS
**katecassidy@quinnemanuel.com**

May 10, 2012

<u>VIA E-MAIL</u>

John Thornburgh
Fish & Richardson P.C.
12390 E. Camino Real
San Diego, California 92130
Fish_Sym-Acronis_Service@fr.com

Re:   *Symantec Corp. v. Acronis, Inc.*
      Case No. 11 cv 5310

Dear John:

At the April 13, 2012 case management conference, the Court ordered that Acronis International GmbH ("Acronis GmbH") be added as a defendant in the above captioned case by party stipulation. That complaint was filed on May 9, 2012. Because you already represent Acronis GmbH with respect to its patent infringement counterclaims against Symantec in this case, we understand that you will accept service of the May 9 complaint on behalf of that entity without requiring Symantec to serve Acronis GmbH with a summons or to make service through the Hague Convention.

I have enclosed with this letter two copies of the Waiver of the Service of Summons. Please complete and sign both copies and send one back to me. I have also included with this letter the following documents:

1.   May 9, 2012 Second Amended Complaint
2.   Consent to proceed before a Magistrate Judge
3.   Declination to proceed before a Magistrate Judge
4.   Judge Chen's standing order
5.   ND Cal Filing Guidelines

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

John Thornburgh
May 10, 2012

      6.      Civil Cover Sheet for the original complaint
      7.      Demand for Jury Trial
      8.      Notice of Interested Parties
      9.      Written discovery served on Acronis, Inc.
      10.    Symantec's Initial Disclosures
      11.    Symantec infringement disclosures.
      12.    26(f) statements that have been filed to date.

      It is Symantec's position that Acronis GmbH was already served with this information as part of the prior filings, and it is certainly the case that it, and its counsel, has received this information already in the context of your representation of Acronis, Inc. In your April 27, 2012 email, however, you requested we re-send you this information for service on Acronis GmbH. Accordingly, we are doing so with the attachments to this letter. Please do not hesitate to contact me if you have any questions.

Very truly yours,

   */s/ Kate E. Cassidy*

Kate E. Cassidy
enclosures