# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:**               June 22, 2012                                    **Time:** 11:45-12:15

**Case No. and Name:**  C11-5310 EMC Symantec Corporation v. Acronis, Inc.

**Attorneys:**          Eric Wall for Plaintiff
                        Tom Halkowski and Olga May for Defendant

**Deputy Clerk:**       Betty Lee

## PROCEEDINGS:

- Further CMC

## SUMMARY:

- As to inspection of source code, electronic file (rather than handwritten notes) is permitted. However, the file shall be archived and preserved. Moreover, the producing party may request and pay for an independent monitor (jointly selected) to verify compliance with applicable restrictions. The parties agreed only 5 working copies of source codes may be kept. No other copies shall be made without consent. Parties to meet and confer regarding Symantec's Interrogatories Nos. 1 and 11. Court agrees gist of information sought is proper. Parties shall meet and confer regarding number of ESI custodians and search terms.

Parties to mutually amend equitable defenses and prosecution history estoppel. Acronis to amend in 2 weeks; Symantec to amend in 4 weeks. The 7/20/12 hearing on Plaintiff's motion to strike (Docket #82) is hereby vacated. Instead of filing formal discovery motions, parties shall refer to this Court's standing order to meet and confer and submit joint letter on unresolved issues to the Court.

Claim construction hearing has already been set for 11/19/12 and 11/20/12 at 2:30 p.m.