1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

        Plaintiff and Counterclaim
Defendant,

     vs.

ACRONIS, INC. and ACRONIS
INTERNATIONAL GMBH,

        Defendants and
Counterclaimants.

Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)

Honorable: Edward M. Chen

**[PROPOSED] ORDER RE STIPULATION TO EXTEND THE DEADLINE TO SERVE PRELIMINARY CLAIM CONSTRUCTION STATEMENTS**

    IT IS HEREBY ORDERED that the deadline to serve preliminary claim construction

statements shall be extended from July 9, 2012 to July 16, 2012.

    DATED: July __10__ 2012

By: _____

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen