UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  vs.<br><br>ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,<br><br>    Defendants and Counterclaimants. | Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)<br><br>Honorable: Edward M. Chen<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR JOINT CLAIM CONSTRUCTION STATEMENT** |

IT IS HEREBY ORDERED;

The deadline for the parties to file their joint claim construction and pre-hearing statement shall be extended from August 3, 2012 to August 17, 2012.

DATED: ~~July __, 2012~~   August 3, 2012

By: _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No. 3:11-cv-05310 EMC
[PROPOSED] ORDER RE STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR JOINT CLAIM CONSTRUCTION STATEMENT