UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　vs.<br><br>ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,<br><br>　　　　Defendants and Counterclaimants. | Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)<br><br>Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE FOR FILING JOINT CLAIM CONSTRUCTION STATEMENT** |

Having reviewed the parties' Stipulation to Extend the Deadline for Filing Joint Claim Construction Statement, the Court **GRANTS** the stipulation. The deadline for the parties to file their joint claim construction and pre-hearing statement shall be extended from August 17, 2012 to August 21, 2012.

**IT IS SO ORDERED.**

DATED: August __17_, 2012

By: _____
Honorable Edward M. Chen

*IT IS SO ORDERED*
/s/ Judge Edward M. Chen

Case No. 3:11-cv-05310 EMC
[PROPOSED] ORDER