UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>   vs.<br><br>ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,<br><br>      Defendants and Counterclaimants. | Case No. 3:11-cv-05310 EMC<br><br>Honorable: Edward M. Chen<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS**<br><br>(Tutorial set for 11/8/12 at 2:30 p.m.) |

    IT IS HEREBY ORDERED;

    The deadline for the parties to file their responsive claim construction briefs shall be extended from October 1, 2012 to October 9, 2012 and the deadline for the parties to file their reply claim construction briefs shall be extended from October 15, 2012 to October 22, 2012. Tutorial is set for November 8, 2012 at 2:30 p.m.

    DATED: September 20 2012

By: _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Edward M. Chen
Judge Edward M. Chen

Case No. 3:11-cv-05310 EMC
[PROPOSED] ORDER RE STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THEIR RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS