UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C-11-5310 EMC |
| Plaintiff, | |
| v. | **ORDER RE NUMBER OF TERMS TO BE CONSTRUED** |
| ACRONIS, INC., *et al.*, | |
| Defendants. _____/ | |

Previously, the Court informed the parties that, as an initial matter, it was not inclined to construe any more than twenty terms total, possibly fewer. The Court also informed the parties that they should meet and confer to determine which twenty terms they consider to be most significant.

For those twenty terms, the Court now instructs the parties to provide additional information. More specifically, for each term, the parties should provide:

(1) A statement as to why the term needs to be construed (*i.e.*, why it is significant); and

(2) A statement as to how the term relates to claims or defenses that will be presented at trial or in relation to a dispositive motion.

///
///
///
///
///
///

The information requested above should be provided in a joint chart format and filed no later than October 29, 2012.

IT IS SO ORDERED.

Dated: October 19, 2012

_____
EDWARD M. CHEN
United States District Judge

2