**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** November 20, 2012 **Time:** 9:35-1:05, 2:05-3:28
**Court Reporter**: Sahar Bartlett (415) 626-6060

**Case No. and Name:** C11-5310 EMC Symantec Corporation v. Acronis, Inc.

**Attorneys:** Eric Wall and David Nelson for Plaintiff
Frank Scherkenbach, Steven Katz, and Stephen Doyle for Defendant

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

- Claims Construction Hearing

**SUMMARY:**

Claims construction hearing held. Parties to submit supplemental briefing by 12/21/12. Court will then take the matter under submission and to issue order. A further CMC is set for 2/7/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 1/31/13.