UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff and Counterclaim Defendant,

vs.

ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,

    Defendants and Counterclaimants.

Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)

Honorable: Edward M. Chen

[P~~ROPOSED~~] ORDER RE STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR THE ACRONIS PARTIES' MOTION FOR RELIEF FROM THE MAGISTRATE JUDGE'S DECEMBER 28, 2012 ORDER

IT IS HEREBY ORDERED:

1. The date for Symantec's Opposition shall be extended from January 25, 2013 to February 1, 2013.

2. The date for the Acronis Parties' reply shall be extended from February 1, 2013 to February ~~15~~ 14, 2013.

DATED: January 25, 2013

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen