United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C-11-5310 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S ORDER OF DECEMBER 28, 2012** |
| ACRONIS, INC., *et al.*, | |
| Defendants. | **(Docket No. 173)** |
| _____/ | |

Acronis has moved for relief from Judge Corley's order of December 28, 2012. Under federal law, "[a] non-dispositve order entered by a magistrate [judge] must be deferred to unless it is 'clearly erroneous or contrary to law.'" *Grimes v. City & County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). When a district court reviews a magistrate judge's order, it "may not simply substitute its judgment for that of the [magistrate judge]." *Id.* Because Acronis has failed to show that Judge Corley's order was clearly erroneous or that it was contrary to law, its motion for relief is hereby **DENIED**.

This order disposes of Docket No. 173.

IT IS SO ORDERED.

Dated: March 4, 2013

_____
EDWARD M. CHEN
United States District Judge