UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>     vs.<br><br>ACRONIS, INC. and ACRONIS INTERNATIONAL GMBH,<br><br>          Defendants and Counterclaimants. | Case No. 3:11-cv-05310 EMC (consolidated for all purposes with Case No. CV12-01062 PSG)<br><br>Honorable: Jacqueline Scott Corley<br><br>**[PR~~OPO~~SED] ORDER RE STIPULATION TO ADD OOO ACRONIS AS A NAMED DEFENDANT** |

Having considered the parties' stipulation, IT IS HEREBY ORDERED that Symantec shall file within two days of this order an amended complaint to add OOO Acronis as a named defendant.

DATED: April __25__, 2013

By: _____
Hon. Jacqueline Scott Corley
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*