1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, AND OOO ACRONIS<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 11-cv-05310 EMC<br><br>**[P~~ROPO~~SED] ORDER GRANTING STIPULATION TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES**<br><br>**Honorable Edward M. Chen** |

Having reviewed the Acronis Parties' Unopposed Request to Extend Fact and Expert Discovery Deadlines, the Court **GRANTS** the stipulation. The fact and expert discovery deadlines are extended as set forth below.

| Event | Current Date | New Date |
|---|---|---|
| **Close of fact discovery** | July 12, 2013 | July 26, 2013 |
| **Opening expert repots** | August 9, 2013 | August 23, 2013 |
| **Rebuttal expert reports** | September 13, 2013 | September 27, 2013 |
| **Close of expert discovery** | October 18, 2013 | November 1, 2013 |

**IT IS SO ORDERED.**

DATED: July __12__, 2013



_____
Honorable Edward M. Chen
District Judge

-1-                    Case No. 3:11-cv-05310 EMC
                      [PROPOSED] ORDER