UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff-Counterclaim Defendant,

vs.

ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, AND OOO-ACRONIS

    Defendants-Counterclaimants.

Case No. 3:11-cv-05310-EMC

**[P~~ROPO~~SED] ORDER REGARDING STIPULATION TO RESCHEDULE OPENING EXPERT REPORTS, REBUTTAL EXPERT REPORTS, AND CLOSE OF EXPERT DISCOVERY**

IT IS HEREBY ORDERED THAT:

1. The deadline to serve Opening Expert Reports is extended from August 23, 2013 to August 30, 2013;

2. The deadline to serve Rebuttal Expert Reports is extended from September 27, 2013, to October 4, 2013;

3. The deadline for the Close of Expert Discovery is extended from November 1, 2013, to November 8, 2013.

DATED: August 7, 2013      By: _____
    Hon. Edward M. Chen
    United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No. 3:11-CV-05310-EMC
[PROPOSED] ORDER REGARDING STIPULATION TO RESCHEDULE OPENING EXPERT REPORTS, REBUTTAL EXPERT REPORTS, AND CLOSE OF EXPERT DISCOVERY