**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

        Plaintiff,

    v.

ACRONIS, INC., *et al.*,

        Defendants.

_____/

No. C-11-5310 EMC

**ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR RELIEF FROM SEPTEMBER 25, 2013, NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**

**(Docket No. 279)**

    Acronis has moved for relief from Judge Corley's order of September 25, 2013. *See* Docket No. 279 (motion). The Court hereby orders Symantec to file an opposition to the motion by October 23, 2013, and Acronis a reply by October 30, 2013. *See* Civ. L.R. 72-2. The Court shall determine at a later date whether a hearing is required for the motion.

    IT IS SO ORDERED.

Dated: October 9, 2013

_____
EDWARD M. CHEN
United States District Judge