Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff-Counterclaim Defendant
Symantec Corporation

John W. Thornburgh (SBN 154627/thornburgh@fr.com)
Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Alexandr Gelberg (SBN 279989/gelberg@fr.com)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070/Facsimile: (858) 678-5099

Attorneys for Defendants-Counterclaimants Acronis, Inc.,
Acronis International GmbH, and OOO Acronis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>ACRONIS INC., ACRONIS INTERNATIONAL GMBH, AND OOO ACRONIS<br><br>    Defendants-Counterclaimants. | Case No. 3:11-cv-05310-EMC<br><br>**STIPULATION TO EXTEND PRE-TRIAL DATES; [PROPOSED] ORDER** |

Plaintiff Symantec Corporation and Defendants-Counterclaimants Acronis, Inc., Acronis International GmbH, and OOO Acronis (collectively "the parties") stipulate to and request an extension of the current pre-trial deadlines as set forth below.  Following their negotiations after the February 13, 2014 settlement conference, the parties have reached a settlement agreement in principle and seek to conserve their resources while reducing the agreed-upon term sheet to a formal Settlement Agreement.  The parties do not seek to extend the trial date.

No later than March 24, 2014, the parties agree to either: (i) file a dismissal of this matter with prejudice; or (ii) submit a joint status report regarding status of efforts to finalize the parties' settlement.

In the event the case goes to trial, the parties stipulate to the limit of three Daubert motions, each up to 15 pages per side.

| Event | Current Date | Proposed Date |
|---|---|---|
| File Daubert motions | March 21, 2014 | March 31, 2014 |
| Serve in limine motions | March 21, 2014 | March 31, 2014 |
| Serve oppositions to in limine motions | March 28, 2014 | April 7, 2014 |
| File/lodge pre-trial materials and file in limine motions | April 1, 2014 | April 8, 2014 |
| File Daubert oppositions | March 28, 2014 | ~~April 14, 2014~~ April 9, 2014 |
| File Daubert replies | -- | ~~April 21, 2014~~ April 15, 2014 |
| Exchange deposition designations and objections thereto | April 1, 2014 | Exchange deposition designations ~~24 hours before use at trial; exchange objections by 8 p.m. the night before use~~ April 15, 2014 |
| Pre-trial conference | April 22, 2014, 2:30 p.m. | April 29, 2014, 2:30 p.m. |
| Trial | May 9 or 12, 2014, 8:30 a.m. [D.I. 318.] | May 9 or 12, 2014, 8:30 a.m. [D.I. 318.] |

DATED: March 10, 2014    QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Jennifer Kash*
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com

-1-

STIPULATION; [PROPOSED] ORDER
11-CV-5310 EMC

| | |
|---|---|
| 1 | Eric E. Wall (Bar No. 248692) |
| 2 | ericwall@quinnemanuel.com |
|   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | 50 California Street, 22nd Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 875-6700 |

Dave Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Brianne Straka (*pro hac vice*)
briannestraka@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Kate Cassidy (*pro hac vice*)
katecassidy@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff-Counterclaim Defendant Symantec Corporation

DATED: March 10, 2014        FISH & RICHARDSON P.C.

By: _Olga I. May_

John W. Thornburgh
Jason W. Wolff
Olga I. May
Alex Gelberg
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Tel.: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Defendants-Counterclaimants
Acronis, Inc., Acronis International GmbH, and OOO Acronis

-2-

STIPULATION; [PROPOSED] ORDER
11-CV-5310 EMC

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

            /s/ Olga May
            Olga May

**[~~PRO~~POSED] ORDER**

**IT IS SO ORDERED.** (as amended)

DATED: March 11, 2014

Hono[rable]
Unite[d States District Judge]

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

-3-