1   Jennifer A. Kash (Bar No. 203679)
    jenniferkash@quinnemanuel.com
2   Eric E. Wall (Bar No. 248692)
    ericwall@quinnemanuel.com
3   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    50 California Street, 22nd Floor
4   San Francisco, California 94111
    Telephone: (415) 875-6600
5   Facsimile:  (415) 875-6700

6   Attorneys for Plaintiff-Counterclaim Defendant
    Symantec Corporation
7
    John W. Thornburgh (SBN 154627/thornburgh@fr.com)
8   Jason W. Wolff (SBN 215819/wolff@fr.com)
    Olga I. May (SBN 232012/omay@fr.com)
9   Alexandr Gelberg (SBN 279989/gelberg@fr.com)
    Fish & Richardson P.C.
10  12390 El Camino Real
    San Diego, CA 92130
11  Telephone: (858) 678-5070
    Facsimile:  (858) 678-5099
12
    Attorneys for Defendants-Counterclaimants Acronis, Inc.,
13  Acronis International GmbH, and OOO Acronis

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17
    SYMANTEC CORPORATION,                    Case No. 3:11-cv-05310-EMC
18
              Plaintiff-Counterclaim Defendant,    **JOINT STATUS REPORT ON**
19                                                 **PROGRESS OF SETTLEMENT;**
           vs.
20                                                 **STIPULATED REQUEST TO VACATE**
    ACRONIS INC., ACRONIS                          **PRE-TRIAL AND TRIAL DATES;**
21  INTERNATIONAL GMBH, AND OOO
    ACRONIS                                        **[PROPOSED] ORDER**
22
              Defendants-Counterclaimants.
23

24

25

26

27

28

1    Plaintiff Symantec Corporation and Defendants-Counterclaimants Acronis, Inc., Acronis

2  International GmbH, and OOO Acronis (collectively "the parties"), submit the following report

3  on the progress of settlement:  the parties have nearly completed preparation of a formal

4  settlement agreement and anticipate execution of the agreement within the next few days,

5  followed shortly thereafter by submission of a stipulated dismissal of the entire case.

6    Accordingly, the parties stipulate and request that all pretrial and trial deadlines be taken

7  off calendar.

8  DATED: March 24, 2014          QUINN EMANUEL URQUHART & SULLIVAN

9                                 By: */s/ Jennifer Kash*
                                   Jennifer A. Kash (Bar No. 203679)
10                                 jenniferkash@quinnemanuel.com
                                   Eric E. Wall (Bar No. 248692)
11                                 ericwall@quinnemanuel.com
                                   QUINN EMANUEL URQUHART &
12                                 SULLIVAN, LLP
                                   50 California Street, 22nd Floor
13                                 San Francisco, California 94111
                                   Telephone: (415) 875-6600
14                                 Facsimile: (415) 875-6700

15                                 Dave Nelson (*pro hac vice*)
                                   davenelson@quinnemanuel.com
16                                 Brianne Straka (*pro hac vice*)
                                   briannestraka@quinnemanuel.com
17                                 500 West Madison Street, Suite 2450
                                   Chicago, IL 60661
18                                 Telephone: (312) 705-7400
                                   Facsimile: (312) 705-7401
19
                                   Kate Cassidy (*pro hac vice*)
20                                 katecassidy@quinnemanuel.com
                                   51 Madison Avenue, 22nd Floor
21                                 New York, NY 10010
                                   Telephone: (212) 849-7000
22                                 Facsimile: (212) 849-7100

23                                 Attorneys for Plaintiff-Counterclaim Defendant
                                   Symantec Corporation
24

25  DATED: March 24, 2014          FISH & RICHARDSON P.C.

26                                 By:  *Olga I. May*
                                   Olga I. May
27                                 John W. Thornburgh
                                   Jason W. Wolff
28                                 Alex Gelberg

-1-

1    Fish & Richardson P.C.
     12390 El Camino Real
2    San Diego, California 92130
     Tel.: (858) 678-5070
3    Fax: (858) 678-5099

4    Attorneys for Defendants-Counterclaimants
     Acronis, Inc., Acronis International GmbH, and
5    OOO Acronis

6

7                    **SIGNATURE ATTESTATION**

8         Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

9    this document has been obtained from each of the other signatories shown above.

10                              _/s/ Olga May_____
                                       Olga May
11

12

13                        **[PROPOSED] ORDER**

14

15        **IT IS SO ORDERED.**  A further CMC is set for 4/24/14 at 10:30 a.m.
                                  A joint CMC Statement shall be filed by 4/17/14.
16   DATED:_3/26/14_____

17                              Honorable Edward M. Chen
                                United States District Judge
18

19                           IT IS SO ORDERED
20                             AS MODIFIED

21                           Judge Edward M. Chen

22

23

24

25

26

27

28

-2-
REPORT; STIPULATION; [PROPOSED] ORDER
11-CV-5310 EMC