Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff-Counterclaim Defendant
Symantec Corporation*

Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Aleksandr Gelberg (SBN 279989/gelberg@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070/Facsimile: (858) 678-5099

*Attorneys for Defendants-Counterclaimants Acronis, Inc.,
Acronis International GmbH and OOO Acronis*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Symantec Corporation,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**Acronis, Inc, Acronis International GmbH, and OOO Acronis**<br><br>*Defendants*. | Case No. 11-cv-5310 EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Symantec Corporation ("Symantec") hereby dismisses its complaint and all causes of action as against Defendant Acronis, Inc, Acronis International GmbH, and OOO Acronis ("Acronis"), with prejudice subject to the following conditions:

1  Acronis shall comply with the terms of the confidential Settlement Agreement dated March 27, 2014.

Acronis hereby dismisses its counter-claims and all causes of action as against Symantec with prejudice, subject to the following conditions:

Symantec shall comply with the terms of the confidential Settlement Agreement dated March 27, 2014.

This Court shall retain jurisdiction over the confidential Settlement Agreement for the purposes of enforcing the terms of the confidential Settlement Agreement including entering the Consent Judgment (as set forth in Section 4.2 of the confidential Settlement Agreement and attached as Exhibit A to this stipulation) should Acronis breach the confidential Settlement Agreement by not making the agreed upon payments to Symantec as set forth in Section 4.1 and 4.2 of the confidential Settlement Agreement.

The parties shall bear their own costs and attorneys' fees.

DATED: April 15, 2014          QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Jennifer Kash*
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dave Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Brianne Straka (*pro hac vice*)
briannestraka@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Attorneys for Plaintiff-Counterclaim Defendant
Symantec Corporation

| | | |
|---|---|---|
| 1 | DATED: April 15, 2014 | FISH & RICHARDSON P.C. |
| 2 | | By: *Olga I. May* |
| 3 | | John W. Thornburgh |
| 4 | | Olga I. May |
| | | Fish & Richardson P.C. |
| 5 | | 12390 El Camino Real |
| | | San Diego, California 92130 |
| 6 | | Tel.: (858) 678-5070 |
| | | Fax: (858) 678-5099 |
| 7 | | |
| 8 | | Attorneys for Defendants-Counterclaimants |
| | | Acronis, Inc., Acronis Int'l GmbH, and OOO Acronis |

3

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                                    /s/    Kate E Cassidy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Symantec Corporation,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**Acronis, Inc, Acronis International GmbH, and OOO Acronis**<br><br>*Defendants*. | Case No. 11-cv-5310 EMC |

**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE**

Before this Court is the Stipulation regarding dismissal of Symantec Corporation ("Symantec")'s complaint and Acronis, Inc, Acronis International GmbH, and Acronis International GmbH ("Acronis")'s counterclaims with prejudice. After having considered the same, the Court is of the opinion that such relief be GRANTED.

IT IS THEREFORE ORDERED THAT:

1. This Court shall retain jurisdiction over the confidential Settlement Agreement for the purposes of enforcing the terms of the Settlement Agreement including entering the Consent Judgment (as set forth in Section 4.2 of the confidential Settlement Agreement and attached as Exhibit A to this Order) should Acronis breach the confidential Settlement Agreement by not making the agreed upon payments to Symantec as set forth in Section 4.1 and 4.2 of the confidential Settlement Agreement.

2. Within five days after the Court receives notification from Symantec that Acronis has breached the confidential Settlement Agreement by not making the agreed upon payments to Symantec as set forth in Sections 4.1 and 4.2 of the Agreement, this Court shall enter the Consent Judgment regarding that breach which is attached as Exhibit A.

3. Subject to these conditions, all claims by Symantec Corporation ("Symantec") against Acronis in the patent-infringement litigation of the above captioned case are dismissed WITH PREJUDICE and all claims by Acronis against Symantec are dismissed WITH PREJUDICE.

5

4. Acronis and Symantec will each bear its own costs, expenses and legal fees.

**IT IS SO ORDERED.**

DATED: 4/21/14



_____
Edward M. Chen
District Judge

**EXHIBIT A-1 [Redacted Version]**

Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff-Counterclaim Defendant
Symantec Corporation*

Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Aleksandr Gelberg (SBN 279989/gelberg@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070/Facsimile: (858) 678-5099

*Attorneys for Defendants-Counterclaimants Acronis, Inc.,
Acronis International GmbH and OOO Acronis*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>ACRONIS INC., ACRONIS INTERNATIONAL GMBH, AND OOO ACRONIS<br><br>Defendants-Counterclaimants. | Case No. 3:11-cv-05310-EMC<br><br>**REDACTED STIPULATED FINAL JUDGMENT AND CONSENT ORDER** |

The Parties (Symantec Corporation ("Symantec") and Acronis, Inc., Acronis International GmbH, and OOO Acronis (collectively, "Acronis")), by and through their respective counsel, agree to the entry of this Stipulated Final Judgment and Consent Order ("Consent Judgment").

14

This Court has jurisdiction to enter this Consent Judgment because it expressly retained jurisdiction over the Parties March 27, 2014 confidential Settlement Agreement ("Settlement Agreement") pursuant to this Court's March ___, 2014 order in the above captioned case.

Symantec and Acronis acknowledge that they have knowingly and voluntarily <u>entered</u> into this Consent Judgment and the Settlement Agreement after reviewing the same with their counsel or having had ample opportunity to consult with counsel. Symantec and Acronis understand the undertakings, obligations and terms of this Consent Judgment and the Settlement Agreement.

Acronis has agreed to the jurisdiction of this Court to enforce this Consent Judgment and to waive any right to appeal, seek judicial review, or to otherwise challenge or contest the validity of this Consent Judgment.

The Parties having requested the entry of this Consent Judgment, it is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

15. This Court has subject matter jurisdiction over the action and personal jurisdiction over the parties, venue is proper in this district, and the Court has jurisdiction to enter a judgment pursuant to the terms of this Consent Judgment as final resolution of this action.

16. On March 27, 2014 Symantec and Acronis entered into a confidential Settlement Agreement ("Agreement") in settlement for three civil actions:

    d. United States District Court for the Northern District of California captioned *Symantec Corp. v. Acronis Inc. et al,* Case No. 3:11-cv-5310 EMC ("Acronis I"),

    e. United States District Court for the Northern District of California captioned *Symantec Corp. v. Acronis Inc. et al,* Case No. 3:12-cv-5331 JST ("Acronis II"),

    f. United States District Court for the District of Delaware captioned *Acronis Int'l GmbH et al v. Symantec Corporation* Civil Action No. 12-372 (SLR) ("Acronis Delaware")

17. That Agreement required Acronis to make certain payments within a specified period of time. If Acronis did not satisfy its payment obligations, the parties agreed that this Consent Judgment would be entered.

18. On _____ Symantec notified Acronis of its failure to make a payment under Section ___.

19. Acronis did not cure the non-payment within 30 days of that notice which made all remaining payments immediately due and payable ("Accelerated Payment").

20. As of _____, Acronis has not made the Accelerated Payment under Section 4.2 of the Agreement.

21. Pursuant to Section 4.2 of the Agreement, the parties have stipulated to and jointly file this Consent Judgment.

22. Pursuant to Section 4.2 of the Agreement, Acronis has stipulated to damages of $[redacted] for Acronis's breach of the Agreement. Symantec is therefore **AWARDED** $[redacted].

23. Symantec is further **AWARDED** $[redacted] for attorneys' fees and costs which Acronis has agreed to pay to cover Symantec's fees and costs to enforce this Consent Judgment.

24. Symantec is further **AWARDED** interest on $[redacted] for any time period between the entry of this Consent Judgment and the date upon which Symantec receives payment from Acronis as ordered herein.

25. All relief not granted in this Consent Judgment is **DENIED.**

26. All pending motions not previously resolved are **DENIED.**

27. This Court will retain jurisdiction over the parties, as necessary, to enforce the terms of this Consent Judgment.

28. The parties hereby stipulate and agree, without further notice to any of them, to entry of this Consent Judgment, which shall constitute a final judgment against Acronis.

DATED: _____  QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Jennifer Kash*
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dave Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Brianne Straka (*pro hac vice*)
briannestraka@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Attorneys for Plaintiff-Counterclaim Defendant
Symantec Corporation

DATED: _____  FISH & RICHARDSON P.C.

By: *Olga I. May*

John W. Thornburgh
Olga I. May
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Tel.: (858) 678-5070
Fax: (858) 678-5099

Attorneys for Defendants-Counterclaimants
Acronis, Inc., Acronis Int'l GmbH, and OOO Acronis

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

*/s/* _____

17

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

DATED:_____        _____
                                    Honorable Edward M. Chen
                                    United States District Judge